IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Errol Holmes Jr.,**<br><br>Plaintiff,<br><br>v.<br><br>**Transunion, LLC**<br><br>Defendant. | **CIVIL ACTION**<br><br><br>No. **2:24-cv-04433** |

## ORDER GRANTING MOTION TO DISMISS

**AND NOW**, this 5th day of November, 2024, for the reasons stated in the foregoing Memorandum it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED**. Plaintiff's Amended Complaint is dismissed with prejudice and the Clerk shall terminate this case.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-4433 Holmes v. Transunion\24-4433 Holmes v. Transunion order granting MTD.docx